EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
GEORGATOS, ANGELOS § Case No. 10-49091
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/26/2011 in Courtroom 744,
United States Courthouse
219 South Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/23/2011          By: Clerk of the Bankruptcy Court
                                        Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
GEORGATOS, ANGELOS § Case No. 10-49091
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,500.19 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,500.19 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 1,500.02 | $ 0.00 | $ 1,500.02 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 1,484.50 | $ 0.00 | $ 1,484.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,984.52 |
| Remaining Balance | $ 4,515.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 102,458.96  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fisher Printing, Inc. | $ 3,810.30 | $ 0.00 | $ 167.93 |
| 000002 | Commonwealth Edison Company | $ 10,402.71 | $ 0.00 | $ 458.48 |
| 000003 | Chase Bank USA, N.A. | $ 6,313.16 | $ 0.00 | $ 278.24 |
| 000004 | Capital One Bank (USA), N.A. | $ 20,110.73 | $ 0.00 | $ 886.34 |
| 000005 | sallie mae | $ 31,469.32 | $ 0.00 | $ 1,386.95 |
| 000006 | PNC BANK | $ 7,777.78 | $ 0.00 | $ 342.79 |
| 000007 | FIA Card Services, NA/Bank of America | $ 22,574.96 | $ 0.00 | $ 994.94 |

Total to be paid to timely general unsecured creditors         $          4,515.67

Remaining Balance         $          0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/Philip V. Martino
                         Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                        Case No. 10-49091-ERW
Angelos Georgatos                                             Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: mflowers                Page 1 of 2                  Date Rcvd: Jun 24, 2011
                               Form ID: pdf006               Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2011.
db           +Angelos Georgatos,    7459 West Foster Ave.,    Harwood Heights, IL 60706-3451
aty          +John E Gierum,    Gierum & Mantas,   9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
aty           Shannon F OBoye,   Quarles & Brady LLP,    300 N LaSalle St Suite 4000,    Chicago, IL 60654
tr            Philip V Martino, ESQ,    Quarles & Brady,   300 N. LaSalle,   Suite 4000,    Chicago, IL 60654
16366695      AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
16366693     +Amerigas - Hillside PPX,    P.O. Box 371473,   Pittsburgh, PA 15250-7473
16366694     +Anthony Marano, Co.,    3000 S. Ashland, #100,   Chicago, IL 60608-5348
16366696      Automatic Icemakers LLC,    P.O. Box 5436,   Chicago, IL 60680-5436
16366697     +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16366698      Becker Dairy,    5724 P.O. Box 1450,   Vermillion, MN 55085
16366699     +Cap One,   Po Box 85520,    Richmond, VA 23285-5520
16800593      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
16366700     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16797063      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16366701     +Chicagoland Equipment & Supply,    5075 W. Lexington St.,   Chicago, IL 60644-5245
16366702     +Comcast,   P.O. Box 530099,    Atlanta, GA 30353-0099
16366704     +Cuisine De France,    1464 S Collection Center Dr.,    Chicago, IL 60693-0001
16366705     +Dearborn Wholesale Grocers,    2801 S. Western Ave.,   Chicago, IL 60608-5280
16366706      Dr. Pepper Snapple Group,    401 N. Rail Road Ave.,   Northlake, IL 60164-1666
16366707      Dutch Farms, Inc.,    700 E. 107th St.,   Chicago, IL 60628-3806
16366708     +Eagle Distributors, Inc.,    5632 Northwest Highway,   Chicago, IL 60646-6136
16366709     +Everhome Mortgage Co,    4500 Salisbury Rd,   Jacksonville, FL 32216-0959
16366710    +++Fisher Printing, Inc.,    James G Uzzell,   39 South Lasalle Street suitee 725,
               Chicago, IL 60603-1603
16366690     +Georgatos Angelos,    7459 West Foster Ave.,   Harwood Heights, IL 60706-3451
16366691     +Gierum & Mantas,    9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
16366711     +Goya Foods,    1401 Remington Rd.,   Bolingbrook, IL 60490-3205
16366715     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     P.O. Box 21126,
               Philadelphia, PA 19114-0326)
16366712     +Illinois Dept Of Revenue,    P.O. Box 19006,   Springfield, IL 62794-9006
16366713      Indiana Insurance Company,    P.O. Box 145476,   Cincinnati, OH 45250-5476
16366714     +Inter American Insurance Group, Inc.,    1S660 Midwest Rd., Ste. 300,
               Oakbrook Terrace, IL 60181-4458
16366716     +Jab Produce Company,    2404 S. Wolcott, Unit 23,   Chicago, IL 60608-5343
16366717      James L. Elsesser,    6717 N. Oashkosh, Ground Fl,   Chicago, IL 60631
16366718      Joseph Antognoli Foods,    1800 N. Pulaski,   Chicago, IL 60639-4916
16366719     +Katarzyna Gal & Mariusz Gal,    3640 N. Lockwood,   Chicago, IL 60641-3340
16366720     +Law Offices Of James G. Uzzell,    39 S. Lasalle St., Ste. 725,    Chicago, IL 60603-1620
16366721     +Ludwig Foods, Inc.,    1270 Mark Street,   Elk Grove Village, IL 60007-6708
16366722      Midwest Imports, Ltd.,    205 Fencl Ln,   Hillside, IL 60162-2001
16366723     +Mori Milk,    3600 River Rd,   Franklin Park, IL 60131-2152
16366724     +Nadig News,    4937 N. Milwaukee,   Chicago, IL 60630-2114
16366725      National City Card Ser,    K-a16-2j,   Kalamazoo, MI 49009
16366726     +Orlando Greco & Son Imports,    191 Tubeway Dr,   Carol Stream, IL 60188-2249
17167090     +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
16366727     +Peoples Gas,    130 East Randolph Drive,   Chicago, IL 60601-6302
16366728     +Peoria Packing,    1307-9 W. Lake Street,   Chicago, IL 60607-1511
16366729      Pepsi Cola,    1400 W. 35th St.,   Chicago, IL 60609-1311
16366730     +Poli Georgiopoulou,    C/O Chicago Title Land Trust No1092661,    6630 N. Minnehaha,
               Lincolnwood, IL 60712-3024
16366731     +Protection Plus Security Systems, Inc.,    4139 W. 123rd St.,    Alsip, IL 60803-1826
16366733      Shore Egg & Co.,    1135 W. Fulton Market,   Chicago, IL 60607-1220
16366734     +Square Import,    9347 Seymour Ave.,   Schiller Park, IL 60176-2206
16366735     +Strube Produce,    2404 S. Wolcott, #16,   Chicago, IL 60608-5341
16366692      The Auster Co.,    2404 S. Wolcott Ave., #33,   Chicago, IL 60608-5344
16366736      Tropicana,    P.O. Box 643106,   Pittsburg, PA 15264-3106
16366737     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 5227,   Cincinnati, OH 45201)
16366738      V.V. Supremo,    P.O. Box 87618,   Chicago, IL 60680-0618
16366739     +Waste Management,    P.O. Box 4648,   Carol Stream, IL 60197-4648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16366703      E-mail/Text: legalcollections@comed.com Jun 24 2011 22:21:12     ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
16724746     +E-mail/Text: legalcollections@comed.com Jun 24 2011 22:21:12     Commonwealth Edison Company,
               3 Lincoln Center,   Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
17171134      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2011 00:05:30
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
16366732     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 25 2011 00:12:01     Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Jun 24, 2011
                               Form ID: pdf006             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16952351    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 25 2011 00:11:59     sallie mae,   c/o sallie mae inc.,
              220 lasley ave.,   wilkes-barre pa 18706-1496
                                                                                                  TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2011**                              **Signature:**   _Joseph Speetjens_