EUGENE R. WEDOFF

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                         §
                                               §
GEORGATOS, ANGELOS                             §         Case No. 10-49091
                                               §
            Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

　　　4)  This case was originally filed under chapter    on             .  The case was pending for    months.

　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO _____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everhome Mortgage Co 4500 Salisbury Rd Jacksonville, FL 32216 | | | | | |
| | Us Bank Po Box 5227 Cincinnati, OH  45201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept Of Revenue P.O. Box 19006 Springfield, IL 62794 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114-0326 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8100 Aurora, IL  60507-8100 | | | | | |
| | Amerigas - Hillside PPX P.O. Box 371473 Pittsburgh, PA 15250 | | | | | |
| | Anthony Marano, Co. 3000 S. Ashland, #100 Chicago, IL 60608 | | | | | |
| | Automatic Icemakers LLC P.O. Box 5436 Chicago, IL 60680-5436 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Becker Dairy 5724 P.O. Box 1450 Vermillion, MN  55085 | | | | | |
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chicagoland Equipment & Supply 5075 W. Lexington St. Chicago, IL  60644-5424 | | | | | |
| | ComEd Billl Payment Center Chicago, IL  60668-0001 | | | | | |
| | Comcast P.O. Box 530099 Atlanta, GA  30353 | | | | | |
| | Cuisine De France 1464 S Collection Center Dr. Chicago, IL  60693 | | | | | |
| | Dearborn Wholesale Grocers 2801 S. Western Ave. Chicago, IL  60608 | | | | | |
| | Dr. Pepper Snapple Group 401 N. Rail Road Ave. Northlake, IL  60164-1666 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dutch Farms, Inc. 700 E. 107th St. Chicago, IL 60628-3806 | | | | | |
| | Eagle Distributors, Inc. 5632 Northwest Highway Chicago, IL 60646 | | | | | |
| | Fisher Printing, Inc. 8640 S. Olketo Ave. Bridgeview, IL 60455 | | | | | |
| | Goya Foods 1401 Remington Rd. Bolingbrook, IL 60490 | | | | | |
| | Indiana Insurance Company P.O. Box 145476 Cincinnati, OH 45250-5476 | | | | | |
| | Inter American Insurance Group, Inc. 1S660 Midwest Rd., Ste. 300 Oakbrook Terrace, IL 60181-4461 | | | | | |
| | Jab Produce Company 2404 S. Wolcott, Unit 23 Chicago, IL 60608 | | | | | |
| | James L. Elsesser 6717 N. Oashkosh, Ground Fl Chicago, IL 60631 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph Antognoli Foods 1800 N. Pulaski Chicago, IL 60639-4916 | | | | | |
| | Katarzyna Gal & Mariusz Gal 3640 N. Lockwood Chicago, IL  60634 | | | | | |
| | Law Offices Of James G. Uzzell 39 S. Lasalle St., Ste. 725 Chicago, IL  60603 | | | | | |
| | Lowell | | | | | |
| | Ludwig Foods, Inc. 1270 Mark Street Elk Grove Village, IL  60007 | | | | | |
| | Midwest Imports, Ltd. 205 Fencl Ln Hillside, IL  60162-2001 | | | | | |
| | Mori Milk 3600 River Rd Franklin Park, IL  60131 | | | | | |
| | Nadig News 4937 N. Milwaukee Chicago, IL 60630 | | | | | |
| | National City Card Ser K-a16-2j Kalamazoo, MI  49009 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Orlando Greco & Son Imports 191 Tubeway Dr Carol Stream, IL  60188 | | | | | |
| | Peoples Gas 130 East Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoria Packing 1307-9 W. Lake Street Chicago, IL 60607 | | | | | |
| | Pepsi Cola 1400 W. 35th St. Chicago, IL  60609-1311 | | | | | |
| | Poli Georgiopoulou C/O Chicago Title Land Trust No1092661 6630 N. Minnehaha Lincolnwood, IL 60712 | | | | | |
| | Protection Plus Security Systems, Inc. 4139 W. 123rd St. Alsip, IL  60803 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA  18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA  18773 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Po Box 9500 Wilkes Barre, PA  18773 | | | | | |
| | Shore Egg & Co. 1135 W. Fulton Market Chicago, IL 60607-1220 | | | | | |
| | Square Import 9347 Seymour Ave. Schiller Park, IL  60176 | | | | | |
| | Strube Produce 2404 S. Wolcott, #16 Chicago, IL 60608 | | | | | |
| | The Auster Co. 2404 S. Wolcott Ave., #33 Chicago, IL  60608-5344 | | | | | |
| | Tropicana P.O. Box 643106 Pittsburg, PA  15264-3106 | | | | | |
| | V.V. Supremo P.O. Box 87618 Chicago, IL  60680-0618 | | | | | |
| | Waste Management P.O. Box 4648 Carol Stream, IL  60197 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | FISHER PRINTING, INC. | | | | | |
| 000006 | PNC BANK | | | | | |
| 000005 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No: | 10-49091 | ERW   Judge: EUGENE R. WEDOFF | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | GEORGATOS, ANGELOS | | | Date Filed (f) or Converted (c): | 11/01/10 (f) |
| | | | | 341(a) Meeting Date: | 01/05/11 |
| For Period Ending: | 09/15/11 | | | Claims Bar Date: | 04/25/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | MARITAL RESIDENCE AT 7459 W. FOSTER, HARWOOD, IL | 205,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. | POCKET CASH | 50.00 | 0.00 | | 0.00 | 0.00 |
| 3. | CHECKING ACCOUNT AT LIBERTY BANK | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. | JOINT CHECKING WITH NON-FILING SPOUSE AT NATIONAL | 50.00 | 0.00 | | 0.00 | 0.00 |
| 5. | NORMAL HOUSEHOLD GOODS AND RELATED | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. | NORMAL WARDROBES AND RELATED | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. | WHOLE LIFE INSURANCE POLICY  WITH NO CASH VALUE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8. | 50% SHAREHOLDER OF AMK MARKET, INC. (500 SHARES) | 0.00 | 0.00 | | 7,500.00 | 0.00 |
| 9. | 2007 HONDA CIVIC LX WITH MORE THAN 45,000 MILES | 9,975.00 | 0.00 | | 0.00 | 0.00 |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.31 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $217,475.00 | $0.00 | | $7,500.31 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/11

FORM 2                                                                    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-49091 -ERW | |
| Case Name: | GEORGATOS, ANGELOS | |

| | |
|---|---|
| Taxpayer ID No: | *******5683 |
| For Period Ending: | 09/15/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0674  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/11 | 8 | Feeley & Associates, PC | | 1129-000 | 7,500.00 | | 7,500.00 |
| | | For Katarzyna Gal Miskiewicz | | | | | |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.06 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.12 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,500.19 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.25 |
| 07/28/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,500.31 |
| 07/28/11 | | Transfer to Acct #*******0784 | Final Posting Transfer | 9999-000 | | 7,500.31 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,500.31 | 7,500.31 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,500.31 | |
| Subtotal | 7,500.31 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,500.31 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 7,500.31 | 7,500.31 |

Ver: 16.02b

FORM 2

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-49091  -ERW |
| Case Name: | GEORGATOS, ANGELOS |
| | |
| Taxpayer ID No: | *******5683 |
| For Period Ending: | 09/15/11 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0784  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | | Transfer from Acct #*******0674 | Transfer In From MMA Account | 9999-000 | 7,500.31 | | 7,500.31 |
| 07/28/11 | 003001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.02 | 6,000.29 |
| 07/28/11 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,484.50 | 4,515.79 |
| 07/28/11 | 003003 | Fisher Printing, Inc. James G Uzzell 39 South Lasalle Street suitee 725 Chicago, IL 60603 | Claim 000001, Payment 4.40753% (1-1) Commercial printing services rendered | 7100-000 | | 167.94 | 4,347.85 |
| 07/28/11 | 003004 | Commonwealth Edison Company 3 Lincoln Center Attn: Bankruptcy Section Oakbrook Terrace, IL 60181 | Claim 000002, Payment 4.40741% | 7100-000 | | 458.49 | 3,889.36 |
| 07/28/11 | 003005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 4.40746% | 7100-000 | | 278.25 | 3,611.11 |
| 07/28/11 | 003006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000004, Payment 4.40740% | 7100-000 | | 886.36 | 2,724.75 |
| 07/28/11 | 003007 | sallie mae c/o sallie mae inc. 220 lasley ave. wilkes-barre pa. 18706 | Claim 000005, Payment 4.40740% | 7100-000 | | 1,386.98 | 1,337.77 |
| 07/28/11 | 003008 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | Claim 000006, Payment 4.40743% (6-1) collateral = unsecured asset 1456 | 7100-000 | | 342.80 | 994.97 |

| | Page Subtotals | 7,500.31 | 6,505.34 |
|---|---|---|---|

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-49091  -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GEORGATOS, ANGELOS | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0784  BofA - Checking Account |
| Taxpayer ID No: | *******5683 | | | |
| For Period Ending: | 09/15/11 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/28/11 | 003009 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | (6-1) submitted by j borkey Claim 000007, Payment 4.40741% | 7100-000 | | 994.97 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 7,500.31 | 7,500.31 | 0.00 |
| | Less:  Bank Transfers/CD's | 7,500.31 | 0.00 | |
| | Subtotal | 0.00 | 7,500.31 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 7,500.31 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******0674 | 7,500.31 | 0.00 | 0.00 |
| BofA - Checking Account - *******0784 | 0.00 | 7,500.31 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 7,500.31 | 7,500.31 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                              0.00                994.97

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*